UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY DEAN McFARLIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:16-CV-00365-RCJ-VPC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 27) |

　　　　The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 27) entered on April 5, 2018, in which the Magistrate Judge recommends the Court grant Defendants' Motion to Dismiss (ECF No. 24) for Plaintiff's failure to change his address in compliance with LR IA 3-1. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

　　　　ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 27).

　　　　IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (ECF No. 24) is GRANTED.

1

IT IS FURTHER ORDERED that the Clerk of the Court close the case.

IT IS HEREBY ORDERED this 11th day of May, 2018.

_____
ROBERT C. JONES